| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| United States of America, | § § | **Government Collection** |
| Plaintiff, | § § | |
| vs. | § § | Civil Action _____ (CDCS: 2021A35516/2021A35556) |
| Dalcon Health Services, Inc., | § § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The principal place of business of defendant is in Fort Bend County, Texas, and it may be served with process by serving its registered agent, Uloma Ujoatu, at 16943 Dusty Mill Drive E, Sugar Land, Texas 77498.

3. *The Debt.* The debt owed to the United States arose through Department of Health & Human Services, Centers for Medicare & Medicaid Services. See findings on each overpayment which are attached as Exhibits B and C, Demand Letters of March 20, 2019 and April 5, 2019. The debt on the date of the Certificate of Indebtedness, Exhibit A was:

   <u>(A) CDCS 2021A35516</u>

   | | | | |
   |---|---|---|---|
   | A. | Current principal | $ | 209,857.12 |
   | B. | Interest (capitalized and accrued) | $ | 47,261.93 |

| | | | |
|---|---|---|---:|
| C. | Administrative fees, costs, penalties<br>(Including $400.00 Filing fee) | $ | 400.00 |
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 258,304.05 |

F. Prejudgment interest accrues at 10.75% per annum being $61.81 per day.

(B) <u>CDCS 2021A35556</u>

| | | | |
|---|---|---|---:|
| A. | Current principal | $ | 1,378.75 |
| B. | Interest (capitalized and accrued) | $ | 307.66 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 2,471.41 |

F. Prejudgment interest accrues at 10.75% per annum being $4.04 per day.

Total Due (CDCS 2021A35516 and 2021A35556)     $     260,775.46

    G. The current principal in paragraph 3(A)A and 3(B)A is after credits of $0.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it, see Exhibits B and C.

5. *Prayer*. The United States prays for judgment for:

    A. The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

    B. Attorney's fees; and,

    C. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN:  04048500
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.  You have been served in a lawsuit.

2.  If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer.  If you do not, a default judgment will be taken against you.

3.  Your written response is due 21 days after the day you got the lawsuit papers.

4.  Mail your written response to:

    > Clerk
    > United States District Court
    > P.O. Box 61010
    > Houston, Texas 77208

    and send a copy to the lawyers for the United States at:

    > M. H. Cersonsky
    > Cersonsky & McAnelly, P.C.
    > 1770 St. James Place, Suite 150
    > Houston, Texas 77056

    Be sure to put your case number and name on your response.

5.  If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.